JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DENNIS WALLACE,

    Petitioner,

    v.

W.L. MONTGOMERY, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)

No. CV 15-05400-AB (DFM)

JUDGMENT

  Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: October 30, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge